AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oldshue, Jr., Jerry C. | Alabama Southern District Bankruptcy Court | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court
201 St. Louis Street
Mobile, AL 36602-6602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute Spring Meeting | April 19-22, 2018 | Washington, D.C. | Bankruptcy CLE | Transportation, meals, and lodging |
| 2. | Alabama State Bar Bankruptcy CLE | June 7-9, 2018 | Destin, FL | Bankruptcy CLE | Transportation, meals, and lodging |
| 3. | Northern District of Florida Bankruptcy Bar | September 27-28, 2018 | Panama City, FL | Bankruptcy CLE | Transportation, meals, and lodging |
| 4. | Cumberland Law School CLE | October 11-12, 2018 | Birmingham, AL | Bankruptcy CLE | Transportation, meals, and lodging |
| 5. | University of Alabama School of Law Bankruptcy CLE | November 15-16, 2018 | Birmingham, AL | Bankruptcy CLE | Transportation, meals, and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Oldshue, Jr., Jerry C.** | 05/15/2019 |

| 6. | Mobile/Baldwin County Bench and Bar CLE | December 7-8, 2018 | Fairhope, AL | Bankruptcy CLE | Transportation, meals, and lodging |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Synovus Bank account (Y) | | | | | | | | | |
| 2. SmartBank Bank acount (Y) | | | | | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. - ISHARES INC MSCI JAPAN RTF | A | Dividend | J | T | | | | | |
| 5. - ISHARES JP MORGAN EM BOND ETF | A | Dividend | J | T | | | | | |
| 6. - BLACKROCK EQUITY DIVIDEND | B | Dividend | J | T | | | | | |
| 7. - BLACKROCK HI YIELD BD PTF INST | A | Dividend | J | T | | | | | |
| 8. - BLACKSTONE ALT MULT-STRATINIST | A | Dividend | K | T | | | | | |
| 9. - COLUMBIA SELECT LG CP GROWTH | B | Dividend | J | T | | | | | |
| 10. - COLUMBIA SEL LARGE CAP VAL | A | Dividend | J | T | | | | | |
| 11. - CONGRESS MID CAP GROWTH INSTL | A | Dividend | J | T | | | | | |
| 12. - DIAMOND HILL LONG-SHORT | A | Dividend | J | T | | | | | |
| 13. - HARDING LOEVNER EMERG MKTS ADV | A | Dividend | K | T | | | | | |
| 14. - INVESCO GLB REAL ESTATE Y | A | Dividend | J | T | | | | | |
| 15. - INVESCO INTL GROWTH | C | Dividend | K | T | Buy (add'l) | 12/19/18 | J | | |
| 16. - JANUS HENDERSON FLEXIBLE BOND | B | Dividend | K | T | | | | | |
| 17. - JANUS HENDERSON INTL OPP I | C | Dividend | K | T | Buy (add'l) | 12/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - LOCORR MACRO STRATEGIES I | A | Dividend | J | T | | | | | |
| 19. - LORD ABBETT SHT DURATION INC | A | Dividend | K | T | | | | | |
| 20. - OPI STEELPATH MLP SELECT 40 Y | B | Dividend | J | T | | | | | |
| 21. - PGIM JENNISON GROWTH Z | A | Dividend | J | T | | | | | |
| 22. - PIMCO SHORT TERM | A | Dividend | J | T | | | | | |
| 23. - VICTORY RS PARTNERS | A | Dividend | J | T | | | | | |
| 24. - VICTORY RS SMALL CAP GROWTH | A | Dividend | J | T | | | | | |
| 25. - VICTORY RS VALUE | A | Dividend | J | T | | | | | |
| 26. - WILLIAM BLAIR INTL GROWTH | B | Dividend | K | T | Buy (add'l) | 12/19/18 | J | | |
| 27. 529 PLANS (H) | | | | | | | | | |
| 28. - T ROWE PRICE US SMALL CAP GROWTH | | None | J | T | | | | | |
| 29. - AMER CENT EQ GW C 529 | | None | J | T | Distributed | 9/27/18 | J | | |
| 30. | | | | | Buy | 10/11/18 | J | | |
| 31. - PIMCO SHORT-TERM 529 | | None | J | T | | | | | |
| 32. - NORTHERN BOND INDEX 529 | | None | J | T | Redeemed (part) | 10/11/18 | J | B | |
| 33. - T. ROWE PRICE BALANCED 529 | | None | J | T | | | | | |
| 34. - T. ROWE PRICE REAL ESTATE 529 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - T. ROWE PRICE LARGE CAP GROWTH 529 | | None | K | T | Redeemed (part) | 10/11/18 | J | D | |
| 36. - NORTHERN MID-CAP INDEX 529 | | None | J | T | Redeemed (part) | 10/11/18 | J | B | |
| 37. - NORTHERN SMALL CAP INDEX 529 | | None | J | T | | | | | |
| 38. - NORTHERN FUNDS INTERNATIONAL EQUITY INDEX 529 | | None | J | T | Distributed (part) | 09/27/18 | J | | |
| 39. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 40. | | | | | Redeemed (part) | 10/11/18 | J | B | |
| 41. - NEUBRGR INTL LGCP C 529 | | None | J | T | Distributed | 09/27/18 | J | | |
| 42. | | | | | Buy | 10/11/18 | J | | |
| 43. - LAZARD EMERGING MARKETS 529 | | None | J | T | Distributed (part) | 09/27/18 | J | | |
| 44. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 45. | | | | | Redeemed (part) | 10/11/18 | J | B | |
| 46. - CC 529 DFA US LARGE CAP VALUE | | None | J | T | Buy | 02/06/18 | J | | |
| 47. | | | | | Distributed (part) | 09/27/18 | J | | |
| 48. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 49. | | | | | Redeemed (part) | 10/11/18 | J | C | |
| 50. - COHEN & STEERS DIVIDEND VALUE 529 | | None | | | Redeemed | 02/06/18 | J | | |
| 51. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - ALPHABET INC CLASS C | | None | J | T | | | | | |
| 53. - AMAZON COM INC | | None | J | T | | | | | |
| 54. - APPLE INC | A | Dividend | J | T | | | | | |
| 55. - CONSTELLATION BRANDS INC COM CL A (Y) | | | | | | | | | |
| 56. - MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 57. IRA #2 (H) | | | | | | | | | |
| 58. - MORGAN STANLEY (Y) | | | | | | | | | |
| 59. - AMER CENT EMERG MKTS I | A | Dividend | K | T | Buy | 03/15/18 | J | | |
| 60. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 61. - BLACKROCK INFLAT PROT BOND I | A | Dividend | J | T | Sold (part) | 03/13/18 | J | | |
| 62. - CALAMOS MARKET NEUTRAL INC I | A | Dividend | | | Sold | 03/13/18 | J | A | |
| 63. - COLUMBIA SEL LARGE CAP VAL I | A | Dividend | J | T | | | | | |
| 64. - COLUMBIA SELECT LG CAP GROWTH I | B | Dividend | J | T | | | | | |
| 65. - DIAMOND HILL LONG-SHORT I | A | Dividend | J | T | | | | | |
| 66. - GUGGENHEIM TOTAL RETURN BD I | A | Dividend | J | T | Buy | 03/15/18 | J | | |
| 67. - HARBOR INTERNATIONAL INST | C | Dividend | J | T | | | | | |
| 68. - INVESCO DEVELOPING MARKETS | A | Dividend | J | T | Sold (part) | 03/13/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - INVESCO DIVERSIFIED DIVIDEND | A | Dividend | J | T | | | | | |
| 70. - INVESCO INTL GROWTH | B | Dividend | J | T | Sold (part) | 03/13/18 | K | C | |
| 71. - INVESCO SMALL CAP VALUE | B | Dividend | J | T | | | | | |
| 72. - JANUS HENDERSON ENTERPRISE I | A | Dividend | J | T | Buy (add'l) | 03/15/18 | J | | |
| 73. | | | | | Sold (part) | 09/19/18 | J | B | |
| 74. - JANUS HENDERSON INTL MNG VOL I | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 75. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 76. - JANUS HENDERSON INTL OPP I | C | Dividend | K | T | | | | | |
| 77. - JANUS HENDERSON RESEARCH I | A | Dividend | J | T | Buy (add'l) | 03/15/18 | J | | |
| 78. | | | | | Sold (part) | 09/19/18 | J | B | |
| 79. - JP MORGAN MID CAP VALUE I | A | Dividend | J | T | Buy | 03/15/18 | J | | |
| 80. - JP MORGAN SMALL CAP BLEND I | B | Dividend | J | T | | | | | |
| 81. - LOCORR MACRO STRATEGIES I | A | Dividend | K | T | Sold (part) | 03/13/18 | J | | |
| 82. | | | | | Sold (part) | 09/19/18 | J | | |
| 83. - LORD ABBETT SHT DURATION INC F | A | Dividend | | | Sold | 03/13/18 | J | | |
| 84. - PGIM JENNISON GROWTH Z | A | Dividend | J | T | | | | | |
| 85. - PIONEER MLTI AST ULT SHT INC Y | A | Dividend | J | T | Sold (part) | 03/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 87. - VICTORY GLB NATURAL RES | | None | J | T | Buy (add'l) | 03/15/18 | J | | |
| 88. - VICTORY RS VALUE | A | Dividend | J | T | | | | | |
| 89. - VICTORY TRIVINT INTL SML CAP Y | A | Dividend | K | T | Buy | 09/21/18 | K | | |
| 90. - VIRTUS NWFLT MLTSEC SHTM BD I | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 91. - DREYFUS NEWTON INTL EQI | | None | | | Sold | 09/19/18 | K | C | |
| 92. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 93. - BLACKROCK GLOBAL ALLOCATION A | A | Dividend | | | Sold | 12/17/18 | J | | |
| 94. - BLACKROCK GLOBAL ALLOCATION C | | None | | | Sold | 12/17/18 | J | | |
| 95. - MS PATHWAY INTERNATIONAL EQUITY | | None | J | T | Buy | 12/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - Synovus Bank balance fell below reporting threshold.

Part VII, Line 2 - Capstone Bank is now referred to as SmartBank. It is the same account. Reporting balance fell below reporting threshold.

Part VII, Line 21 - Prudential Jennison Growth is now listed as PGIM Jennison Growth Z. It is the same investment.

Part VII, Line 27 - Investment asset account 529 Plans only report market value, redemption and purchases (funds transferred from one asset in the plan to another), and withdrawals from the account (reported as distributions). They do not report income to the account, thus the column B(1) is left blank and "None" is entered in column B(2). Any other lines reporting no income means no income was earned on that investment during the year. Internal transfers between accounts do note earnings on redemptions, while transfers within a single account do not note earnings. No gain or loss information is provided for withdrawals from the account (reported as distributions).

Part VII, Line 55 - Constellation stock market value fell below reporting threshold. No shares were sold.

Part VII, Line 58 - Morgan Stanley cash balance fell below the reporting threshold.

Part VII, Line 72 - Janus Henderson Enterprise was marked sold in prior year when it should have been marked sold (part).

Part VII, Line 80 - JP Morgan Dynamic Sm Op Gr Sel is now listed as JP Morgan Small Cap Blend I. It is the same investment.

Part VII, Line 84 - Prudential Jennison Growth is now listed as PGIM Jennison Growth Z. It is the same investment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Jerry C. Oldshue, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544